LIBERTY TRUST COMPANY, appellant,

*v.*

ALFRED P. MAYHEW et al., respondents.

[Decided October 7th, 1921.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Fielder, and reported in *92 N. J. Eq. 609, sub nomine Liberty Trust Co.* v. *Haggerty.*

*Messrs. McCarter & English,* for the appellant.

*Messrs. Lum, Tamblyn & Colyer* and *Mr. David Bobker,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Fielder.

*For affirmance*—THE CHIEF-JUSTICE, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, KATZENBACH, VAN BUSKIRK—10.

*For reversal*—None.